IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 00-cr-00439-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DWIGHT E. HERRERA;
2. **LIONEL AMOS**;
3. ERIC AMOS;
4. CHRISTOPHER HOLYFIELD;
5. HARVEY CASTEEL;
6. WALLACE RAYMOND CROOKS;
7. ROBERT E. DAVIS;
8. DAMEON MOORE,
   a/k/a Damien Moore;
9. CHRISTIAN JONES;
10. MICHAEL TROY SMITH;
11. DAVID ABNEY, SR.;
12. TYRONE CARPENTER;
13. PAMELA DIXON;
14. LATICIA HOUSTON;
15. JAMES E. LEE;
16. DENISE E. KING;
17. CEDRIC WILLIAMS;
18. ALTONESE OLIVER;
19. RACHEL OLIVER;
20. JERRY MASCARENAS.

_____

**ORDER**
_____

THIS MATTER comes before the Court upon the Defendant Lionel Amos' *pro se* filing of the Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. 3582(c)(2) (Motion) **(#1790)**. Having reviewed the Motion,

**IT IS ORDERED** the Government shall have up to and including **March 31, 2008**, in

which to respond. It is

**FURTHER ORDERED** that the Probation office shall have **20 days** thereafter to prepare and serve (per Rule 32) a supplemental presentence report in conformance with 28 U.S.C. § 3553(a), 28 U.S.C. § 3582(c)(2) and §1.B1.10 of the FEDERAL SENTENCING GUIDELINES. In addition to such required information, the report shall state where the Defendant is incarcerated, and whether that institution has video-conferencing capabilities. It is

**FURTHER ORDERED** that the Defendant and the United States Attorney shall respond to the supplemental presentence report on or before **May 1, 2008**.

DATED this 19th day of March, 2008.

        **BY THE COURT:**

*Marcia S. Krieger*
_____

        Marcia S. Krieger
        United States District Judge